UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISON
LEXINGTON

Eastern District of Kentucky
FILED

AUG 0 6 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 26-84-KKC-EBA

OMAR ESCOBAR AGUILERA

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 18 U.S.C. § 922(g)(5)(A)

On or about June 18, 2026, in Fayette County, in the Eastern District of Kentucky,

**OMAR ESCOBAR AGUILERA,**

knowing that he was an alien illegally and unlawfully present in the United States, did knowingly possess a firearm, that is, a Glock, Model 19 Gen 5, 9mm caliber pistol bearing serial number BTXX646, that was in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(5)(A).

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about June 18, 2026, in Fayette County, in the Eastern District of Kentucky,

**OMAR ESCOBAR AGUILERA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 19 Gen 5, 9mm caliber pistol bearing serial number BTXX646, that was in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
### 8 U.S.C. § 1326(a) and (b)(2)

On or about June 18, 2026, in Fayette County, in the Eastern District of Kentucky,

**OMAR ESCOBAR AGUILERA,**

an alien who had previously been deported from the United States subsequent to a conviction for an aggravated felony, did knowingly and unlawfully enter and was found in the United States at Fayette County, Kentucky, not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b)(2).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment, **OMAR ESCOBAR AGUILERA,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in violation of 18 U.S.C. § 922.  Any and all interest that **OMAR ESCOBAR AGUILERA** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.    The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a) a Glock, Model 19 Gen 5, 9mm caliber pistol bearing serial number BTXX646; and

b) Ammunition.

**A TRUE BILL**

███████████████████

**FOREPERSON**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1 & 2:**    Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 3:**    Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Forfeiture.

**PLUS:**    Restitution, if applicable.